IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| PEDRO PADILLA AGUIRRE, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 1:26-cv-2266 (RDA/LRV) |
| JEFFREY CRAWFORD, *et al.*, | ) | |
| Respondents. | ) | |

**ORDER**

This matter comes before the Court on Petitioner's Emergency Motion to Modify or in the Alternative, Clarify the Court's July 29, 2026 Order (the "Motion"). Dkt. 8. In the July 29, 2026 Order, the Court ordered that Petitioner receive a bond hearing within 7 days. Dkt. 7. Petitioner states that counsel has not had sufficient time to obtain and prepare the complete evidentiary submission prior to the bond hearing currently scheduled for August 5, 2026, and seeks a continuance. Dkt. 8 at 2. Petitioner also represents that Respondents do not oppose this Motion and has attached correspondence reflecting the same. *Id.* at 3; Dkt. 8-1 at 1. Accordingly, for good cause shown, it is hereby

ORDERED that the Motion (Dkt. 8) is GRANTED; and it is

FURTHER ORDERED that Court's July 29, 2026 Order (Dkt. 7) is MODIFIED only insofar as the deadline for Petitioner's bond hearing is EXTENDED to August 12, 2026; and it is

FURTHER ORDERED that the Immigration Judge may continue the hearing on August 5, 2026, provided that the hearing is completed no later than August 12, 2026, and that no party objects to the continuance; and it is

FURTHER ORDERED that all remaining provisions of the Court's July 29, 2026 Order remain in full force and effect.

The Clerk is directed to send copies of this Order to all counsel of record.

IT IS SO ORDERED.

Alexandria, Virginia
August 4, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge